# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| JAY WOOD, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:21-CV-38 |
| METROPOWER, INC. and PPC PARTNERS, INC., | : |
| Defendants. | : |

## ORDER

The Parties have advised the Court that they have settled this case. (Doc. 10). The Court hereby **DIRECTS** the Clerk of Court to administratively close the case in order to allow the Parties to finalize the settlement agreement at issue. The Parties are **ORDERED** to either dismiss or move to reopen this case no later than **September 3, 2021**.

**SO ORDERED**, this 5th day of August, 2021.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**